IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAFAEL MAGALHÃES | § § § | |
| vs. | § § | CIVIL ACTION NO. 1:25-CV-418 |
| COPA AIRLINES AND COPA HOLDINGS, LLC<br>*Defendant* | § § § § | |

## NOTICE CONCERNING AND DECLINING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party **RAFAEL MAGALHÃES**, through counsel Gregory Siemankowski, declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ Gregory Siemankowski*
**DJC LAW, PLLC**
Gregory Siemankowski
SBN: 24077908
gsiemankowski@teamjustice.com
1012 W. Anderson Lane
Austin, Texas 78757
T: (512) 220-1800
F: (512) 220-1801
*Attorney for Plaintiff*